# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3304
_____

LABONTA MCDONALD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

February 26, 2025

PER CURIAM.

DISMISSED. Because the direct appeal from the judgment and sentence is still pending review with the Florida Supreme Court, the petition alleging ineffective assistance of appellate counsel is premature. *See Shirah v. State*, 285 So. 3d 375 (Fla. 1st DCA 2019) (denying petition alleging ineffective assistance of appellate counsel as premature because the judgment and sentence had not yet become final).

LEWIS, ROBERTS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Labonta McDonald, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.